## HAWKINS *v.* STATE.

Decided January 23, 1892.

*Malicious mischief—Severing produce from the freehold.*

> An indictment under Mansfield's Digest, section 1658, which charges that defendant maliciously did sever from the freehold five watermelons of value named, of the property of a person named, contains a sufficient allegation of ownership.

APPEAL from *Marion* Circuit Court.

B. B. HUDGINS, Judge.

John Hawkins and two others were convicted under an indictment which charged that they " unlawfully and malic-

iously did sever from the freehold five watermelons of the value of twenty-five cents each, of the property of Smith Madewells." A motion in arrest of judgment was overruled, and they appealed.

The appellants, *pro se.*

The indictment is insufficient in not alleging the ownership of the freehold.

*W. E. Atkinson,* Attorney General, and *Charles T. Coleman* for appellee.

It is sufficient to follow the language of the statute. Mansf. Dig., sec. 1658; 47 Ark., 476; 45 *id.,* 173; 41 *id.,* 226; 40 *id.,* 361; 39 *id.,* 216.

HEMINGWAY, J. Under the statute which provides that every person who shall " maliciously sever from the freehold any produce thereof or anything attached thereto shall upon conviction be adjudged guilty of a misdemeanor" (Mansf. Digest, sec. 1658), an indictment which charges that the defendants " maliciously did sever from the freehold five watermelons, of the value of twenty-five cents each, of the property of Smith Madewells " contains a sufficient allegation of ownership to describe and identify the offense and to sustain a judgment of conviction. The sufficiency of the indictment in this respect being the only matter urged for a reversal, the judgment is affirmed.